No. 02–6852.  MOORE *v.* ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 02–6858.  ARMSTRONG *v.* COBB COUNTY WATER SYSTEM. C. A. 11th Cir.  Certiorari denied.

No. 02–6863.  POWELL *v.* MARIO ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 02–6864.  BRITTAIN *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 02–6865.  LAWS *v.* FATKIN, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 02–6867.  KUYKENDALL *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 02–6873.  WYZYKOWSKI *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 02–6874.  VICTOR *v.* NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 02–6877.  JONES *v.* SOUTH CAROLINA.  C. A. 4th Cir.  Certiorari denied.

No. 02–6888.  TORRES ET AL. *v.* ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. (two judgments). C. A. 9th Cir.  Certiorari denied.

No. 02–6889.  KOEHL *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–6894.  WHITE *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 02–6902.  COOK *v.* STEGALL, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 02–6915.  GARCIA *v.* CAREY, WARDEN.  C. A. 9th Cir. Certiorari denied.